# United States District Court

Eastern District of Wisconsin

**JESSE J. FRANKLIN,**
      Petitioner,                JUDGMENT IN A CIVIL CASE

           v.                       CASE NUMBER: 02-C-677

WISCONSIN DEPARTMENT OF CORRECTIONS,
      Respondent.

[X]     Decision by Court. This action came for consideration before the Court.

IT IS ORDERED AND ADJUDGED
that Jesse J. Franklin's petition for a writ of habeas corpus is denied and this case is hereby dismissed.

                                         SOFRON B. NEDILSKY
                                         Clerk of Court

March 30, 2006             s/ V. Kelly Barton Terry
Date                            (By) Deputy Clerk

                                         Approved this 30th day of March, 2006.

                                         s/AARON E. GOODSTEIN
                                         United States Magistrate Judge